AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT DiGIAN

**SUMMONS IN A CIVIL CASE**

V.

JOHN S. McCAIN III

CASE NUMBER: 08CV-0686 HHK

TO: (Name and address of Defendant)

OFFICE OF SENATOR (JOHN S. McCAIN III)
U.S. SENATE OFFICE BLDG. WASH., D.C.
WASHINGTON, D.C. 20510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN - 2 2008
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2 JUNE 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| MICHAEL ALBRECHT | SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: CAROLINE SMITH

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2 JUNE 2008     *Michael Albrecht*
            Date              Signature of Server

1124 GREEN ST
MARCUS HOOK, PA 19061
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert DiGian

**SUMMONS IN A CIVIL CASE**

V.

Barack H. Obama, Jr.

CASE NUMBER: 08 CV-0686 HHK

TO: (Name and address of Defendant)

OFFICE OF SENATOR (Barack H. Obama, Jr.)
U.S. Senate Office Bldg. Wash., D.C.
Washington, D.C. 20510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

(By) DEPUTY CLERK

JUN - 2 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2 JUNE 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MICHAEL ALBRECHT | SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **CHRIS LU**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2 JUNE 2008          /s/ Michael Albrecht
              Date                        Signature of Server

                1124 GREEN ST
                MARCUS HOOK, PA. 19061
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.