UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DIGIAN,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN SIDNEY MCCAIN, III, and<br>BARACK HUSSEIN OBAMA, JR.<br><br>   Defendants. | Case No: 1:08-cv-00686-HHK |

### DEFENDANT JOHN McCAIN'S MOTION FOR EXTENSION OF TIME

Defendant, John McCain ("Defendant"), by counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Rule 7.0 of the Local Rules for the United States District Court for the District of Columbia, respectfully moves for a 14-day extension, until and including August 15, 2008, to reply and/or respond to the Complaint. In support of this Motion, Defendant states as follows:

1. Plaintiff filed the Complaint on April 21, 2008. *See* Compl. (Dkt. #1). In it, Plaintiff alleges that Defendants violated federal law by "concealing a felony **HATE CRIME** … of a third (3rd) leading Presidential candidate, Hillary Rodham Clinton." *Id.* ¶ 1a. Plaintiff seeks "a Declaratory Judgment declaring that … [Defendants] are unfit for **Commander in Chief of the United States Armed Forces** while the nation subsists under a **WAR FOOTING**," and "disqualif[ying] [Defendants] as leading 2008 presidential candidates." *Id.* (all emphases in original).

2. Plaintiff served both Defendants with the Complaint on June 2, 2008. *See* Return of Service (Dkt. #2). Accordingly, Defendants' response to the Complaint is due on or before August 1, 2008. *See id.*

3. Defendant only recently retained the undersigned counsel to represent Defendant in this matter. Accordingly, Defendant requests this 14-day extension due to its counsel's schedule, and due to the need for additional time to research and prepare Defendant's reply and/or response.

4. Pursuant to Local Rule 7(m), Defendant sought Plaintiff's consent to this Motion. Plaintiff refused to consent to the requested extension without a waiver of immunity by the Defendant. Defendant Obama has advised that he does not oppose this Motion.

5. This is Defendant's first request for an extension of time in this matter. If the Court grants this Motion, there will not be any effect on previously-scheduled deadlines, and Plaintiff will not be prejudiced.

For the foregoing reasons, Defendant respectfully moves this Court to enter an Order granting Defendant's Motion for Extension of Time, and extending the time for Defendant to reply and/or respond to the Complaint for 14 days, until and including August 15, 2008.

Date: July 31, 2008                                         Respectfully submitted,


                                                            /s/ Robert P. Howard, Jr.
                                                            _____

                                                            Robert P. Howard, Jr. (DC Bar # 456449)
                                                            Lee E. Goodman (DC Bar # 435493)
                                                            LeClairRyan, a Professional Corporation
                                                            1101 Connecticut Ave., NW, Suite 600
                                                            Washington, District of Columbia 20036
                                                            Phone: (202) 659-6707
                                                            Facsimile: (202) 659-4130

                                                            *Counsel for Defendant, John McCain*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DIGIAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN SIDNEY MCCAIN, III AND<br>BARACK HUSSEIN OBAMA, JR.<br><br>　　　　　Defendants. | Case No: 1:08-cv-00686-HHK |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

　　　　This matter is before the Court on Defendant John McCain's Motion for Extension of Time (the "Motion"), seeking an additional 14 days to reply and/or respond to the Complaint.

　　　　The Court has been advised fully of the premises for the Motion, and finds that good cause exists for such a request. Accordingly, for the reasons stated in the Motion, it is hereby ORDERED that Defendant's Motion for Extension of Time is GRANTED. Defendant shall reply and/or respond to the Complaint on or before August 15, 2008.

Enter:

_____　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of July, 2008, I electronically filed Defendant's Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, and that I sent copies of the Motion, via first class mail, postage prepaid, to:

>Robert DiGian
>1124 Green Street
>Marcus Hook, Pennsylvania 19061
>
>*Plaintiff, pro se*
>
>and
>
>Robert F. Bauer, Esq.
>Perkins Coie
>607 Fourteenth Street
>Washington, District of Columbia 20005
>
>*Counsel for Defendant. Barack Obama.*

>                    /s/ Robert P. Howard, Jr.