UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DIGIAN ,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN SIDNEY MCCAIN, III<br>BARACK HUSSEIN OBAMA, JR.,<br><br>        Defendants. | Civil Action No. 1:08-cv-00686-HHK |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Robert F. Bauer whose address, bar number and telephone number are set forth below, will appear as counsel for Senator Barack Obama in the above captioned matter.

Dated: August 1, 2008                              Respectfully submitted,

                                                                **PERKINS COIE LLP**

                                                                By: /s/ Robert F. Bauer
                                                                        Robert F. Bauer
                                                                        D.C. Bar. No. 938902
                                                                        rbauer@perkinscoie.com
                                                                607 Fourteenth Street N.W.
                                                                Washington, D.C.  20005-2003
                                                                Telephone:  202.628.6600
                                                                Facsimile:  202.434.1690

                                                                *Attorney for Defendant Barack Obama*