UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ROBERT DI GIAN,

          Plaintiff,

v.

JOHN SIDNEY McCAIN, III

   and

BARACK HUSSEIN OBAMA, Jr.,

          Defendants.

Civil Action 08-00686 (HHK)

---

**ORDER DIRECTING PLAINTIFF TO RESPOND TO
DEFENDANTS' MOTIONS TO DISMISS**

This matter comes before the court upon defendant Senator Barack Obama's motion to dismiss [# 5] and defendant Senator John McCain's motion to dismiss [# 6], both filed on August 1, 2008. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . .. should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is by the court this 5th day of August 2008, hereby

**ORDERED** that plaintiff file an opposition to each defendant's motion on or before September 4, 2008. If plaintiff fails to file a response or opposition to Senator Obama's motion by this deadline, the court may enter judgment in favor of Senator Obama. *See* LCvR 7(b). Similarly, if plaintiff fails to file a response or opposition to Senator McCain's motion by this deadline, the court may enter judgment in favor of Senator McCain. *Id.*

                                                Henry H. Kennedy, Jr.
                                                United States District Judge